No. 72–1554. SUPER TIRE ENGINEERING CO. ET AL. *v.* McCORKLE ET AL. C. A. 3d Cir. [Certiorari granted, *ante,* p. 817.] Motion of respondent Teamsters Local 676 for divided argument granted. Motion of Southern California District Council of Laborers for leave to file a brief as *amicus curiae* granted.

No. 72–1598. NATIONAL LABOR RELATIONS BOARD *v.* BELL AEROSPACE CO., DIVISION OF TEXTRON, INC. C. A. 2d Cir. [Certiorari granted, *ante,* p. 816.] Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted.

No. 72–1628. TELEPROMPTER CORP. ET AL. *v.* COLUMBIA BROADCASTING SYSTEM, INC., ET AL. C. A. 2d Cir. [Certiorari granted, *ante,* p. 817.] Motions of National Broadcasting Co., Inc., Writers Guild of America et al., and Authors League of America, Inc., for leave to file briefs as *amici curiae* granted.

No. 72–6160. MITCHELL *v.* W. T. GRANT CO. Sup. Ct. La. [Certiorari granted, 411 U. S. 981.] Motion of M. Truman Woodward, Jr., et al. for leave to file a brief as *amici curiae* denied.

No. 73–38. UNITED STATES *v.* MARINE BANCORPORATION, INC., ET AL. Appeal from D. C. W. D. Wash. [Probable jurisdiction noted, *ante,* p. 907.] Joint motion of appellees to dismiss appeal denied.